UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 9:18-cv-81515-DMM

SCHWARZMANN, LLC,

        Plaintiff,
vs.

IMPERIAL USA HANS KRUG, INC.,
et al.,

        Defendants.
_____/

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Richard Guerra, Esq., of the law firm The Brickell IP Group, PLLC, hereby appears as counsel of record on behalf of Defendants, Imperial USA Hans Krug, Inc., Imperial USA, Ltd., and Antoune E. Battah, Jr. in the above-styled action, and requests that copies of all pleadings, notices, orders, and other filings be sent to his attention at the following address:

The Brickell IP Group, PLLC
1101 Brickell Avenue
South Tower, Suite 800
Miami, FL 33131
Tel: 305-728-8831
Fax: 305-428-2450
Email: rguerra@brickellip.com

Date:   February 14, 2019                    Respectfully submitted by,

                                                                                     THE BRICKELL IP GROUP, PLLC
                                                                                     1101 Brickell Avenue
                                                                                     South Tower, Suite 800
                                                                                     Miami FL, 33131
                                                                                     Tel: 305-728-8831
                                                                                     Fax: 305-428-2450

By:    s/ *Richard Guerra*
        Richard Guerra
        Fla. Bar No. 689521
        Email: rguerra@brickellip.com
        Rafael Perez-Pineiro
        Fla. Bar No. 543101
        Email: rperez@brickellip.com
        *Counsel for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by CM/ECF notice on February 14, 2019 on all counsel or parties of record on the Service List below.

        s/ *Richard Guerra*
        Richard Guerra

## SERVICE LIST

MALLOY & MALLOY, P.L.
John Cyril Malloy, III
Email: jcmalloy@malloylaw.com
W. John Eagan
Email: jeagan@malloylaw.com
Jonathan R. Woodard
Email: jwoodard@malloylaw.com
2800 S.W. Third Avenue
Miami, Florida 33129
Telephone: (305) 858-8000
*Attorneys for Plaintiff*